# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 29, 2021

## NO. 03-19-00740-CV

**1st Global, Inc., Appellant**

**v.**

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, Appellees**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, TRIANA, AND JONES
AFFIRMED -- OPINION BY JUSTICE JONES;
DISSENTING OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on September 27, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.